# IN RE ESTATE OF JANE HETHERINGTON.
## WILLIAM P. HETHERINGTON AND OTHERS v. ANN BUSH AND OTHERS.[1]

February 8, 1918.

No. 20,703.

**Will — undue influence — findings sustained.**

On a second appeal, the evidence sustained findings that testatrix had mental capacity to make her will and was not unduly influenced. [Reporter.]

After the former appeal reported in 132 Minn. 379, 157 N. W. 505, the case was tried before Nethaway, J., who made findings and ordered judgment affirming the order of the probate court admitting the will and codicil to probate. From an order denying their motion for a new trial, plaintiffs appealed. Affirmed.

*Morphy, Bradford & Cummins*, for appellants.

*Kueffner & Marks*, for respondents.

PER CURIAM.

This cause was before the court on a former appeal, and is reported in 132 Minn. 379, 157 N. W. 505. We there held the evidence insufficient to justify a finding of mental incapacity or undue influence, and findings to that effect were vacated and a new trial ordered. On the new trial the court found that testatrix was of sound mind and was not unduly or otherwise wrongfully influenced in making the will in question. The present appeal challenges those findings. The evidence presented by this record is for all substantial purposes the same as that presented on the former trial. It is not of a character to sustain the contention of appellant that testatrix was induced to make the will by the undue influence of her son William. It was not contended on the second trial that she was of unsound mind. A discussion of the evidence would serve no useful purpose.

Order affirmed.

[1]Reported in 166 N. W. 1084.